**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

NOE CUENCA-VEGA,

    Defendant.
                              /

No. CR 10-00419 SI

**ORDER RE: PLAINTIFF'S *IN CAMERA EX PARTE* REQUEST FOR JUDICIAL REVIEW**

    The Court has reviewed the government's *in camera*, *ex parte* request for judicial review of potential impeachment material. The Court determines that the potential impeachment material does not need to be disclosed to the defense. This order resolves Docket No. 88.

**IT IS SO ORDERED.**

Dated: April 6, 2012

SUSAN ILLSTON
United States District Judge